LFS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN ESLER KENNEDY<br>CANDICE BRIDGETTE KENNEDY | : | CIVIL ACTION |
| v. | : | |
| DISTRICT ATTORNEY JOHN<br>MORGANELLI, et al. | : | NO. 15-3077 |

FILED
JUN 18 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 18th day of June, 2015, it is ORDERED that:

1. Plaintiff Candice Bridgette Kennedy is DISMISSED without prejudice as a party to this action because she failed to either pay the filing fee or move for leave to proceed *in forma pauperis*.

2. Plaintiff Joann Esler Kennedy's motion for leave to proceed *in forma pauperis* is GRANTED.

3. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

4. The Clerk of Court shall CLOSE this case.

ENTERED
JUN 19 2015
CLERK OF COURT

BY THE COURT:

6/19/15 mail;
J. Kennedy

LAWRENCE F. STENGEL, J.